# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHN E. TRIPLETT<br>CLERK OF COURT | OFFICE OF THE CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA  30903 | TELEPHONE  (706)849-4400 |

David Smith, Clerk  
U.S. Court of Appeals  
56 Forsyth Street, NW  
Atlanta, GA  30303

D.C. Number  1:25-cr-62

U.S.C.A. Number

RE: USA v. FNU LNU et al. (Dennis Nostrant, Def. #4; David Reip, Def #6; Marcus Labat, Def #7)

---

Enclosed are documents regarding an appeal in this matter.

[X] Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

[X] First Notice of Appeal:  [✓] Yes  [ ] No  
    Date of other _____

[ ] Certified record on appeal consisting of:  
    ___ Volume (s) of pleadings;  ___ Volume (s) of transcripts;  
    ___ Volume (s) of exhibits/deposition;  ___ other: _____

[ ] There was no hearing from which a transcript could be made

[X] Copy of CJA form appointing counsel

[ ] The following materials were sealed in this court (order enclosed):

[X] The appellate docket fee has been paid:  [✓] Yes  [ ] No  
    Date paid  2/25/26 (Paid by Def. Reip)

[ ] Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

[X] The Judge appealed from is  District Judge J. Randal Hall

[X] The Court Reporter is  Lisa Davenport

[ ] This is an appeal of a bankruptcy order  
    Bankruptcy Judge: _____

[ ] This is a DEATH PENALTY appeal

[ ] OTHER:

cc:

Sincerely,

JOHN E. TRIPLETT, CLERK OF COURT  
U.S. DISTRICT COURT

BY: _____[signature]_____  
Deputy Clerk

DATE: 2/25/2026