IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CR 125-062 |
| | ) | |
| DAVID REIP, DENNIS NOSTRANT, | ) | |
| and MARCUS LABAT, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Appellants' "Emergency Motion Under Federal Rule of Appellate Procedure 9(a) to Modify Conditions of Release" having been denied by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this _____11th_____ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA