# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  **No.: 1:25-CR-00062-JRH-BKE-4** |
| | ) |
| DENNIS NOSTRANT, | ) |
|     Defendant. | ) |
| | ) |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Please substitute in and enter BRUCE S. HARVEY, as opposed to HOLLY GRACE CHAPMAN, as the attorney of record for the Defendant, DENNIS NOSTRANT, in the above-captioned matter.

This 25th day of June 2026.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
117 Luckie Street, NW
Atlanta, Georgia 30303
(404) 659-4628

1