IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| DENNIS NOSTRANT | ) | |

**O R D E R**

In light of Defendant's retention of counsel, Bruce Harvey, the appointment of Holly Chapman is **TERMINATED**, and Ms. Chapman is accordingly **INSTRUCTED** to file her CJA voucher within fourteen days of the date of this Order.  Mr. Harvey shall coordinate with Ms. Chapman and the Government to ensure receipt of all discovery materials.

SO ORDERED this 25th day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA