**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

——————————————————————— )
                               )
**UNITED STATES OF AMERICA,**       )
                               )   **No.: 1:25-CR-062**
    **v.**                              )
                               )
**DENNIS NOSTRANT,**            )
   **Defendant.**                    )
                               )
—————————————————————— )

## MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the Defendant above-named, by and through undersigned counsel; and respectfully requests that this Court enter an Order modifying the conditions on his release as follows:

1. An Order Setting Conditions of Release [Doc. 17] was originally entered in this matter on September 12, 2025.

2. The Defendant's release conditions restrict his travel to the Southern District of Georgia.

3. The Defendant request that he be granted permission to travel out of the Southern District of Georgia to visit his attorney in Atlanta Georgia.

5. The Defendant brings this motion requesting that the Court enter an Order modifying the conditions of his release until this case has been resolved.

1

WHEREFORE, based upon the within and foregoing, the Defendant respectfully requests that the Court grant his motion and modify the conditions of his release as requested.

This 26th day of June 2026.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175
117 Luckie Street, NW
Atlanta, Georgia 30303
(404) 659-4628

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

**————————————————————————**    )
)
)
**UNITED STATES OF AMERICA,**    )
)    **No.: 1:25-CR-062**
**v.**    )
)
)
**DENNIS NOSTRANT,**    )
**Defendant.**    )
)
**————————————————————**    )

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing with this Court.

This 26th day of June 2026.

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175
117 Luckie Street, NW
Atlanta, Georgia 30303
(404) 659-4628

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

_____     )
                                      )
                                      )
**UNITED STATES OF AMERICA,**          )
                                      )   **No.: 1:25-CR-062**
  **v.**                               )
                                      )
                                      )
**DENNIS NOSTRANT,**                   )
  **Defendant.**                       )
                                      )
_____       )

## PROPOSED ORDER

The Court has considered the Defendant's Motion to Modify Conditions of Release, which requests permission to travel outside the Southern District of Georgia to meet with his attorney in Atlanta, Georgia;

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED, and the Conditions of Release Order is modified to permit the Defendant to travel outside the Southern District of Georgia to meet with his attorney.

SO ORDERED, this _____ day of _____, 2026.


_____
HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

4