IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| DENNIS NOSTRANT | ) | |

_____

**O R D E R**

_____

The Court hereby **GRANTS** the Motion to Modify Conditions of Release, (doc. no. 190), and **AMENDS** the Order dated September 11, 2025, (doc. no. 17), as follows:

(7)(f) Defendant must abide by the following restrictions on personal association, resident, or travel:  Travel is restricted to the Southern District of Georgia and the Northern District of Georgia, as necessary to meet with his attorney.

All other conditions of release shall remain in effect.

SO ORDERED this 26th day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA