**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**DENNIS NOSTRANT,**<br>**Defendant.** | ) ) ) ) ) ) ) ) ) ) | **No.: 1:25-CR-062** |

**MOTION TO CONTINUE DEADLINE FOR PRETRIAL MOTIONS**

COMES NOW the above-named Defendant, by and through undersigned counsel, moves this Court to enter an Order Continuing the Deadline for Pretrial Motions, in the above-captioned matter. In support thereof, Defendant shows as follows:

1. Undersigned counsel was retained on June 26, 2026, and subsequently filed his Substitution of Counsel and Entry of Appearance [Doc. 186.]

2. The Defendant's pretrial motions are currently due on or before September 30, 2026.

3. Undersigned counsel recently received massive volumes of discovery and respectfully requests additional time to review the materials and file any pretrial motions on Mr. Nostrant's behalf.

4. The Government objects to this motion.

5. The Defendant requests that the Court grant his request and enter an Order to allow sixty (60) days from September 30, 2026, in which to file Pretrial Motions.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Motion to Continue Deadline for Pretrial Motions be granted and to exclude the time pursuant to the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A).

This 30th day of September 2026.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
117 Luckie Street, NW
Atlanta, Georgia 30303
(404) 659-4628